1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

E-FILED 7/2/15
JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

SANDRA FLEMING,

        Plaintiff,

    v.

ALLSTATE INDEMNITY
COMPANY and DOES 1 through 100,
inclusive,

        Defendants.

Case No. 2:15-cv-04119-PSG-PLA

The Hon. Philip S. Gutierrez
Courtroom 880

Mag. Judge Paul L. Abrams
Courtroom G

**[PROPOSED ORDER] RE JOINT
STIPULATION TO DISMISS
PLAINTIFF'S CLAIMS FOR
PUNITIVE DAMAGES AND
EMOTIONAL DISTRESS *WITHOUT
PREJUDICE***

Complaint Filed:    May 14. 2015

SMRH:440035758.1

-1-

1    Based on the parties' stipulation, and good cause appearing therefore, the

2  Court hereby orders as follows:

3    Plaintiff Sandra Fleming's claims for punitive damages and emotional distress

4  against Allstate Indemnity Company are dismissed *without prejudice.*

5    **IT IS SO ORDERED.**

6

7  Dated:_____7/1/15_____        PHILIP S. GUTIERREZ
                                             Hon. Philip S. Gutierrez

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SMRH:440035758.1                          -2-